UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| STEVEN J. BANK, | ) | |
| Petitioner, | ) | 2:11-cv-01491-JCM-RJJ |
| vs. | ) | |
| | ) | **ORDER** |
| JAMES BIXLER, *et al.,* | ) | |
| Respondents. | ) | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 in which petitioner, a state pretrial detainee, is proceeding *pro se*. On December 7, 2011, the court issued an order requiring petitioner to show cause in thirty days why the petition should not be dismissed under the *Younger* abstention doctrine. The court expressly cautioned petitioner in its order that his failure to timely respond would result in dismissal of his petition. Petitioner has failed to respond to the court's December 7, 2011 order.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED without prejudice.**

**IT IS FURTHER ORDERED** that the clerk shall **ENTER JUDGMENT** accordingly.

**IT IS FURTHER ORDERED** that, pursuant to Rule 4 of the Rules Governing Section

1  2254 Cases, the clerk additionally shall serve a copy of this order and the judgment upon respondents
2  by adding Attorney General Catherine Cortez Masto as counsel for respondents and directing a notice
3  of electronic filing to her office.  **No response is required from respondents, other than to respond**
4  **to any orders of a reviewing court.**

7      Dated this _19th_ day of April, 2012.

          _____
          UNITED STATES DISTRICT JUDGE